ACCEPTED
14-17-00586-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/16/2018 4:46 PM
CHRISTOPHER PRINE
CLERK

# THE LAW OFFICES OF SETH KRETZER

440 LOUISIANA STREET; SUITE 1440
HOUSTON, TX 77002

TELEPHONE (713) 775-3050
SETH@KRETZERFIRM.COM

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS-2019
5/16/2018 4:46:40 PM SETH KRETZER
CHRISTOPHER A. PRINE
Clerk

May 16, 2018

Fateh Al-Saadi (TDCJ # 02158294)
Dominguez Unit
6535 Cagnon Road
San Antonio, TX 78252-2202

> **Re:** **NO. 14-17-00586-CR; NO. 14-17-00587-CR**

Mr. Al-Saadi:

On May 15, 2018, the Fourteenth Court of Appeals granted the motion to

withdraw I filed incident to my *Anders* brief. The opinion is attached

Tex. R. App. P. 6.5 provides:

(c) If Motion Granted. --If the court grants the motion, the withdrawing attorney must immediately notify the party, in writing, of any deadlines or settings that the attorney knows about at the time of withdrawal but that were not previously disclosed to the party. The withdrawing attorney must file a copy of that notice with the court clerk.

Under Rule 68.2(a), you have thirty days from the date of the opinion to file a

Petition for Review in the Court of Criminal Appeals. Thirty days from May 15, 2018 is

June 14, 2018.

Under Rule 68.2(c), you may file a motion to extend the deadline in the CCA "no

later than 15 days after the last day for filing the petition."

Sincerely,

Seth Kretzer

Seth Kretzer